## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 862 | **DATE** | 8/28/2008 |
| **CASE TITLE** | USA vs. Blaj, Palanceanu, Bolea | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendants enter a plea of not guilty to all counts of the indictment. John Kennedy is appointed for defendant Palanceanu for arraignment proceedings only. Thomas Brandstrader is appointed for defendant Borlea. Robert Korenkiewicz is appointed for defendant Blaj. Bond hearing set for 9/4/2008 at 11:00 AM. Defendants ordered held in custody pending hearing. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:20

Courtroom Deputy Initials: OR