# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: ~~UNITED STATES~~ vs. ~~TOADER~~ / RAUL ~~E~~ BORLEA
FOR: N.D. OF ILLINOIS
AT: CHICAGO

PERSON REPRESENTED (Show your full name): RAUL BORLEA

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE: WIRE FRAUD — ☒ Felony ☐ Misdemeanor

DOCKET NUMBERS
District Court: 07 CR 862
Court of Appeals: 07CC 862

JUDGE MATTHEW F. KE[NNELLY]
UNITED STATES DISTRICT
FILED AUG 2[8] 2008

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: MJ ELECTRIC
- IF YES, how much do you earn per month? $ 5000
- IF NO, give month and year of last employment / How much did you earn per month $____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED: 0 — SOURCES: ____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No — IF YES, state total amount $ 600

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT:
- VALUE: 250,000 — 4125 N. Keystone, Chicago
- VALUE: 330,000 — 1601 S. State, Chicago

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them:

AUG 2 8 2008
August 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
FILED

**DEBTS & MONTHLY BILLS**

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Mortgage | 4125 N. Keystone | $174,000 | $870 |
| | 1601 S State | $270,000 | $3000 |
| 2007 Mercedes | | $52,000 | $1000 |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature] — 8/28/08

I certify the above to be correct.

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.