**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                              Case Number: 07 CR 862

**RAUL BORLEA**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RAUL BORLEA

| | |
|---|---|
| NAME (Type or print) <br> THOMAS C. BRANDSTRADER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ TCB | |
| FIRM <br> Attorney at Law | |
| STREET ADDRESS <br> 53 W. Jackson Blvd. Suite 615 | |
| CITY/STATE/ZIP <br> Chicago Il. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181127 | TELEPHONE NUMBER <br> 312 332 5297 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☑ | |

FILED
Aug 28 2008
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT