**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| UNITED STATES OF AMERICA | 07-CR-862 |
| V. | |
| RAUL BORLEA | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RAUL BORLEA

| NAME (Type or print) |
|---|
| JOSEPH R. LOPEZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| S/JOSEPH R. LOPEZ |
| FIRM |
| JOSEPH R. LOPEZ |
| STREET ADDRESS |
| 53 W. JACKSON BLVD. STE.1122 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6186562 | 312-922-2001 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL X     APPOINTED COUNSEL ☐